No. 1185.  HART *v.* SQUIER, WARDEN.  April 28, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.  Petitioner *pro se. Acting Solicitor General Washington* for respondent.

No. 1198.  SERIC *v.* NEW YORK.  April 28, 1947.  Petition for writ of certiorari to the 4th Appellate Department of the Supreme Court of New York denied.

No. 1209.  LEWIS *v.* MICHIGAN.  April 28, 1947.  Petition for writ of certiorari to the Supreme Court of Michigan denied.

No. 1212.  EVANS *v.* BUSH, WARDEN.  April 28, 1947. Petition for writ of certiorari to the Supreme Court of Michigan denied.

No. 1216.  SCARPINATO *v.* RAGEN, WARDEN.  Petition for writ of certiorari to the Supreme Court, Criminal Court of Cook County, and the Circuit Court of Will County, Illinois;

No. 1221.  MICHALOWSKI *v.* RAGEN, WARDEN.  Petition for writ of certiorari to the Circuit Court of Will County, Illinois;

No. 1232.  HOWE *v.* RAGEN, WARDEN.  Petition for writ of certiorari to the Circuit Court of Ogle County, and the Circuit Court of Will County, Illinois; and

No. 1233.  WILKERSON *v.* ILLINOIS.  Petition for writ of certiorari to the Supreme Court of Illinois.  April 28, 1947.  Denied.